

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-13-00593-CV

Venus **MINSAL**,
Appellant

v.

Abel H. **GARCIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18466
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
                 Sandee Bryan Marion, Justice
                 Marialyn Barnard, Justice

Appellee's motion to strike appellant's brief is DENIED.

Entered this 2nd day of July, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

